```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION


CHRISTINE JOHNSON,              :
                                :
     Plaintiff,                 :
                                :
v.                              :        CIVIL ACTION 04-0380-M
                                :
JO ANNE B. BARNHART,            :
                                :
     Defendant.                 :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Christine Johnson and against Defendant Jo Anne B. Barnhart.

DONE this 20th day of May, 2005.

```
                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE
```