IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTINE JOHNSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 04-0380-M |
| JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and Plaintiff's attorney, William T. Coplin, Jr., be hereby **AWARDED** an EAJA attorney's fee in the amount of $1,962.50.  No costs are taxed.

DONE this 22nd day of July, 2005.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE